**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 29, 2013.**



### In The

### Fourteenth Court of Appeals

---

### NO. 14-11-00987-CV

---

### HUMBERTO MONTALVO, INDIVIDUALLY AND D/B/A MONTALVO PRODUCE OF MEXICO, Appellant

### V.

### J.P. MORGAN CHASE BANK N.A., Appellee

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2010-23102**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 18, 2011. On January 22, 2013, appellant filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

/s/ Tracy Christopher, Justice

Panel consists of Justices Christopher, Jamison, and McCally.